**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

YAHOO AD TECH LLC and YAHOO IP HOLDINGS LLC,

**Plaintiff(s),**

**- against -**

AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, and DANNY BIBI,

**Defendant(s),**
------------------------------------------------------------X

1:26 **Civ.** 04861 (JPO)

**CLERK'S CERTIFICATE OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** June 9, 2026 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Ad.com Interactive Media, Media, Inc., and Danny Bibi **by personally serving** Kyle Lamson and Marielisa Garcia**,** ***and proof of service was therefore filed on*** 7/24/26 & 7/27/26***, Doc. #(s)*** 13, 14 & 15**.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

August 21 **, 20**26

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** ______________________
**Deputy Clerk**