**Kilpatrick Townsend & Stockton LLP**
Evan S Nadel, Esq.
3 Times Square
New York, NY 10036
State Bar No.:
*Attorney(s) for: Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yahoo Ad Tech LLC, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>Ad.com Interactive Media, Inc. d/b/a AdMedia, et al.<br><br>Defendant(s). | **Case No.: 1:26-cv-04861-JPO**<br><br>**Dept. No.:**<br><br>**Date:**<br>**Time:**<br><br>**DECLARATION OF SERVICE BY POSTING** |

I, **Diana Brown**, being duly sworn deposes and says: that Declarant is and was on the day when she received the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process in Nevada under license #1926 and not a party to or interested in the within action: That Declarant received **1 copy** of the: **Summons in a Civil Action; Complaint; Exhibits A - C** on the **22nd** day of **July**, **2026** and served a true copy of the same to **Ad.com Interactive Media, Inc. d/b/a AdMedia** by posting at **4420 W Diablo Dr., Las Vegas, NV 89118** on the **22nd** day of **July**, **2026**, at **1:40pm**.

PURSUANT to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

**Dated: July 23, 2026**

**Declarant: Diana Brown**
**#: R-2021-03662**

**J & L Process Service, License # 1926**
**Work Order No: 26-31024**

J & L Process Service
420 N. Nellis Blvd., A3-197,
Las Vegas, NV 89110
(702-883-5725
JLProcessSvc@gmail.com

**Kilpatrick Townsend & Stockton LLP**
Evan S Nadel, Esq.
3 Times Square
New York, NY 10036
State Bar No.:
*Attorney(s) for: Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yahoo Ad Tech LLC, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>Ad.com Interactive Media, Inc. d/b/a AdMedia, et al.<br><br>Defendant(s). | **Case No.: 1:26-cv-04861-JPO**<br><br>**Dept. No.:**<br><br>**Date:**<br>**Time:**<br><br>**DECLARATION OF MAILING** |

I, **Diana Brown**, being duly sworn deposes and says: that Declarant is and was on the day when she received the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to or interested in, the within action: That the Declarant received the: **Summons in a Civil Action; Complaint; Exhibits A - C** and personally deposited a true copy of the same in an envelope marked "personal and confidential" at the US Post Office, Las Vegas, NV addressed to: **Ad.com Interactive Media, Inc. d/b/a AdMedia** at **4420 W Diablo Dr., Las Vegas, NV 89118** on the **23rd** day of **July**, **2026**.

PURSUANT to NRS 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

**Dated: July 23, 2026**

**Declarant: Diana Brown**
**#: R-2021-03662**

**J & L Process Service, License # 1926**
**Work Order No: 26-31024**

J & L Process Service
420 N. Nellis Blvd., A3-197,
Las Vegas, NV 89110
(702-883-5725
JLProcessSvc@gmail.com