**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

3 Times Square
New York, NY 10036

Evan S. Nadel
direct dial 212 775 8862
ENadel@ktslaw.com

September 28, 2026

**By eFile**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Yahoo Ad Tech LLC and Yahoo IP Holdings LLC v. Ad.Com Interactive Media, Inc. d/b/a AdMedia, and Danny Bibi, an individual*, Case No. 1:26-cv-04861-JPO, **Extension of Time and Waiver of Defenses Under Fed. R. Civ. P. 12(b)(4) and 12(b)(5)**

Dear Judge Oetken:

We represent Plaintiffs Yahoo Ad Tech LLC and Yahoo IP Holdings LLC. We submit this letter request jointly with Defendants Ad.Com Interactive Media, Inc. d/b/a AdMedia and Danny Bibi in this action.

In accordance with Local Civil Rule 7.1(e) and Rule 2(D) of Your Honor's Individual Practices, the parties respectfully request an order implementing the concurrently filed stipulation, in which the parties agree to vacate the entry of default against Defendants [ECF No. 20] and to extend Defendants' time to respond to the Complaint in exchange for Defendants' waiver of defenses under Fed. Rules Civ. P. 12(b)(4) and 12(b)(5).

On June 9, 2026, Plaintiffs filed their Complaint in this matter. ECF No. 1. On July 24 and 27, 2026 and September 8, 2026, Plaintiffs filed proofs of service reflecting service of the Summons and Complaint on Defendant Ad.Com on July 22 and 23, 2026 and on Defendant Danny Bibi on July

9 and 23, 2026. ECF Nos. 13, 14, 15, 22, 23. Because Plaintiff determined that, pursuant to F.R.C.P. 12(a)(1)(A)(i), Defendants' responsive pleading was due within twenty-one (21) days of service, *i.e.*, by no later than August 13, 2026, Plaintiff requested entry of a Certificate of Default on August 20, 2026. ECF Nos. 18, 19. On August 21, 2026, the Clerk of Court entered a Certificate of Default. ECF No. 20.

On September 14, 2026, counsel for Defendants appeared in the case. ECF Nos. 24, 25. Defendants have asserted that service of process was improper, and Plaintiffs disagree.

To resolve this dispute, the parties have stipulated to vacate the entry of default against Defendants and to extend the deadline for Defendants to respond to the Complaint in exchange for Defendants' waiver of their defenses under F.R.C.P. 12(b)(4) and 12(b)(5).

The information required by Rule 2(D) of Your Honor's Individual Practices is as follows:

1) The original deadline for Defendants to respond to the Complaint was August 13, 2026 (according to Plaintiff's calculations). The proposed new deadline is October 16, 2026;
2) The parties consent to this extension;
3) There has been no prior adjournment or extension on this issue;
4) Good cause exists because this agreement and extension will resolve the parties' dispute as to service of process and Defendants' default, provide Defendants with sufficient time to respond to the Complaint, and will avoid the time and effort that would be required for motions to resolve these issues.

This extension will not affect any further deadlines in the case, as the initial conference has been adjourned *sine die*. ECF No. 21.

Therefore, the parties respectfully request that the court enter the concurrently filed Stipulation and Proposed Order Vacating Certificate of Default, Waiving Defenses Under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5), and Extending Defendants' Time to Respond to the Complaint to October 16, 2026.

Respectfully submitted,

*/s/ Evan S. Nadel*
Evan S. Nadel

*Attorney for Plaintiffs*

Filed With the Consent Of:

*/s/ Todd S. Sharinn*
Paul D. Sarkozi
Todd S. Sharinn

*Attorneys for Defendants*

cc: All Counsel of Record (via ECF)