UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAHOO AD TECH LLC and YAHOO IP HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, and DANNY BIBI, an individual,<br><br>Defendants. | Civil Action No.: 26-cv-04861-JPO |

**STIPULATION AND ORDER VACATING CERTIFICATE OF DEFAULT, WAIVING DEFENSES UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(4) AND 12(B)(5), AND EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Yahoo Ad Tech LLC and Yahoo IP Holdings LLC ("Plaintiffs") and Ad.com Interactive Media, Inc. d/b/a Admedia and Danny Bibi ("Defendants") through their undersigned counsel as follows:

WHEREAS, Plaintiffs commenced this action by filing their Complaint on June 9, 2026;

WHEREAS, on August 21, 2026, the Court entered a Clerk's Certificate of Default against Defendants [ECF No. 20];

WHEREAS, Defendants have appeared in this action and seek vacatur of the Clerk's Certificate of Default, as well as additional time to answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS, in consideration of Plaintiffs' agreement to stipulate to the vacatur of the Clerk's Certificate of Default and to an extension of Defendants' deadline to respond to the Complaint, Defendants agree to waive any defense based upon insufficient process or insufficient service of process;

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Defendants knowingly and voluntarily waive any and all defenses, objections, arguments, or challenges under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5) only, including any contention that process or that service of process was insufficient with respect to either Defendant. Accordingly, Defendants shall not raise, assert, or otherwise rely upon any defense or objection under Federal Rule of Civil Procedure 12(b)(4) or 12(b)(5).

2. Plaintiffs agree that the Clerk's Certificate of Default entered against Defendants on August 21, 2026 [ECF No. 20] should be vacated pursuant to Federal Rule of Civil Procedure 55(c), and Plaintiffs will file a letter-motion with the Court requesting vacatur.

3. Defendants shall answer or otherwise respond to the Complaint no later than October 16, 2026.

4. Except for the express waiver set forth in Paragraph 1, nothing in this Stipulation constitutes a waiver by any party of any other claim, defense, objection, right, or remedy available under applicable law or the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12(b).

5. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Electronic signatures shall be deemed original signatures for all purposes.

IT IS SO STIPULATED.

DATED: September 28, 2026

BY: */s/ Evan S. Nadel*

Evan S. Nadel
KILPATRICK TOWNSEND & STOCKTON LLP
3 Times Square
New York, NY 10036
Telephone: 212-775-8700
Facsimile: 212-775-8800
Email: enadel@ktslaw.com

*Attorney for Plaintiffs*

BY: */s/ Todd S. Sharinn*

Paul D. Sarkozi
Todd S. Sharinn
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-66700 x7524
Facsimile: (212) 937-5207
Email: sarkozi@thsh.com
Email: tsharinn@thsh.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHOO AD TECH LLC and YAHOO IP HOLDINGS LLC,

Plaintiffs,

v.

AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, and DANNY BIBI, an individual,

Defendants.

Civil Action No.: 26-cv-04861-JPO

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk's Certificate of Default entered against Defendants on August 21, 2026 [ECF No. 20] is VACATED pursuant to Federal Rule of Civil Procedure 55(c).

2. Defendants shall answer or otherwise respond to Plaintiff's Complaint (other than by asserting any defenses under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5)) on or before October 16, 2026.

IT IS SO ORDERED.

DATED: September 29, 2026

J. PAUL OETKEN
United States District Judge