**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YAHOO AD TECH LLC and YAHOO IP HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, and DANNY BIBI, an individual,<br><br>Defendants. | Civil Action No.: 1:26−cv−04861−JPO<br><br>**ORDER** |

J. PAUL OETKEN, District Judge:

The Court has reviewed Defendants' letter-motion for leave to file under seal their Memorandum of Law in Support of Their Motion to Dismiss the Complaint (ECF No. 33), and Plaintiffs' letter in support of continued confidential treatment (ECF No. 31). Defendants have indicated that the Memorandum will be filed under seal only temporarily while Plaintiff provides a justification for any redactions. The Court finds that under the circumstances sealing is sufficiently appropriate and narrowly tailored to protect interests that outweigh the presumption of public access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Accordingly, it is hereby:

ORDERED that the letter-motion is GRANTED; and it is further

ORDERED that the Memorandum filed at ECF No. 33 shall remain sealed, accessible only to the Court and the parties; and it is further

ORDERED that the Clerk of Court is respectfully directed to close the motion at ECF No. 31.

SO ORDERED.

Dated: October 19, 2026
New York, New York

So ordered.
The Clerk of Court is instructed to seal the Motion, Memorandum, and Declaration filed at ECF Nos. 32-34 and to terminate the motion at ECF No. 31.
Plaintiffs are directed to file a letter with the Court explaining the need for redaction and/or seal by October 26, 2026.

J. PAUL OETKEN
United States District Judge