UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHOO AD TECH LLC and YAHOO IP HOLDINGS LLC,

Plaintiffs,

v.

AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, and DANNY BIBI, an individual,

Defendants.

Civil Action No.: 1:26-cv-04861-JPO

**DECLARATION OF EVAN S. NADEL IN SUPPORT OF OPPOSITION TO AD.COM INTERACTIVE MEDIA, INC. AND DANNY BIBI'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

I, Evan S. Nadel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of Kilpatrick Townsend & Stockton LLP, attorneys for Plaintiffs Yahoo Ad Tech LLC and Yahoo IP Holdings LLC (collectively, "Yahoo" or "Plaintiffs"), in the above-captioned action. I am admitted to practice in this Court. I make this declaration based on my personal knowledge and in support of Plaintiffs' Opposition to Ad.Com Interactive Media, Inc. and Danny Bibi's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (hereinafter the "Opposition").

2. Attached as Exhibit 1 is a true and correct copy of a printout from the U.S. Patent and Trademark Office's Trademark Status and Document Retrieval ("TSDR") website reflecting the current status of U.S. Trademark Application Serial No. 99169774 for the mark ADVERTISE.COM, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026.

3. Attached as Exhibit 2 is a true and correct copy of a printout from the TSDR website reflecting the current status of U.S. Trademark Application Serial No. 98977637 for the mark

ADVERTISING.COM, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026, together with a true and correct copy of the registration certificate issued for that mark.

4. Attached as Exhibit 3 is a true and correct copy of a printout from the TSDR website reflecting the current status of U.S. Trademark Application Serial No. 98977628 for the mark ADVERTISING.NET, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026, together with a true and correct copy of the registration certificate issued for that mark.

5. Attached as Exhibit 4 is a true and correct copy of a printout from the TSDR website reflecting the current status of U.S. Trademark Application Serial No. 98933542 for the mark ADVERT.COM, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026, together with a true and correct copy of the registration certificate issued for that mark.

6. Attached as Exhibit 5 is a true and correct copy of a printout from the TSDR website reflecting the current status of U.S. Trademark Application Serial No. 98901411 for the mark ADVERTISING.COM, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026.

7. Attached as Exhibit 6 is a true and correct copy of a printout from the TSDR website reflecting the current status of U.S. Trademark Application Serial No. 98933512 for the mark ADVERTISING.NET, filed by Ad.Com Interactive Media, Inc., accessed on October 21, 2026.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 30, 2026

*/s/ Evan S. Nadel*
Evan S. Nadel

**CERTIFICATE OF WORD COUNT**

I hereby certify that the foregoing DECLARATION OF EVAN S. NADEL IN SUPPORT OF OPPOSITION TO AD.COM INTERACTIVE MEDIA, INC. AND DANNY BIBI'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) contains 457 words and therefore complies with the word-count limitations of Local Civil Rule 7.1(c).

DATED: October 30, 2026

By: */s/ Evan S. Nadel*
Evan S. Nadel